**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SURINDER SINGH, | No. 07-72383 |
| Petitioner, | Agency No. A072-685-868 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 11, 2010[**]

Before:      BEEZER, TROTT, and BYBEE, Circuit Judges.

Surinder Singh, a native and citizen of India, petitions for review of the

Board of Immigration Appeals' order dismissing his appeal from an immigration

judge's decision denying his motion to reopen proceedings held in absentia.  We

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

NHY/Research

have jurisdiction under 8 U.S.C. § 1252.  Reviewing for abuse of discretion, *Lara-Torres v. Ashcroft*, 383 F.3d 968, 972 (9th Cir. 2004), we deny the petition for review.

The agency did not abuse its discretion in denying Singh's second motion to reopen because he failed to demonstrate the evidence he submitted was previously unavailable.  *See* 8 C.F.R. § 1003.23(b)(3); *Bhasin v. Gonzales*, 423 F.3d 977, 984 (9th Cir. 2005).

Petitioner's remaining contentions are unpersuasive.

**PETITION FOR REVIEW DENIED.**